[No. 21645-4-III.   Division Three.   November 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DUANE BATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 02-1-00037-0, Lesley A. Allan, J., entered November 20, 2002. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21821-0-III.   Division Three.   November 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. GAUT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00449-5, Gregory D. Sypolt, J., entered May 23, 2000. *Dismissed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22188-1-III.   Division Three.   November 16, 2004.]

*In the Matter of the Estate of* DANIEL MORIN.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-4-00869-5, Jerome J. Leveque, J., entered May 23, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 22661-1-III.   Division Three.   November 16, 2004.]

PINE FOREST OWNERS ASSOCIATION, *Respondent*, v. OKANOGAN COUNTY, *Defendant*, H.C. BURKHOLDER, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 03-2-00171-3, John Hotchkiss, J., entered December 16, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.